UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                      CASE NO.:    6:09-BK-16777-ABB

PAUL G. CURLEY                     Chapter 7

           Debtors.
_____/

## NOTICE OF CHANGE OF ADDRESS

The **DEBTOR, PAUL G. CURLEY**, by and through his undersigned attorney, hereby files the following change of address for creditor:

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Lowe's<br>(NO ADDRESS) | Lowe's<br>PO Box 530914<br>Atlanta, GA 30353-0914 |
| LVNV Funding<br>(NO ADDRESS) | LVNV Funding LLC<br>c/o Credit Control<br>5757 Phentom Dr., Suite 330<br>Hazelwood, MO 63042 |
| Capital One Bank<br>(NO ADDRESS) | Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Sears<br>(NO ADDRESS) | Sears<br>731 E. Hwy. 50 Ste. C<br>Clermont, FL 34711 |

**I HEREBY CERTIFY** that a true and correct copy of the foregoing and Notice of Commencement of Case has been furnished via Bankruptcy Noticing Center and/or by U.S. Mail on this 4th day of February, 2010 to: Paul G. Curley, 11723 Lake Clair Circle, Clermont, FL 34711, Emerson C. Noble, Trustee, PO Box 195008, Winter Springs, FL 32719-5008 and above-named creditor.

/s/ Kevin E. Mangum

KEVIN E. MANGUM, ESQUIRE
Mangum & Associates, P.A.
5100 Hwy. 17-92, Suite 300
Casselberry, Florida 32707
Telephone: (407) 478-1555
Facsimile: (407) 478-1552
E-mail: *kevin@mangum-law.com*
Florida Bar No: 904260